IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

    Plaintiff,    CIV. NO. S- 07-1281 LKK GGH PS

    vs.

WAL-MART STORES, INC.,

    Defendant.    ORDER
_____/

    Defendant's motion to dismiss presently is calendared for hearing on October 25, 2007.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

    Accordingly, IT IS ORDERED that:

    1. October 25, 2007 hearing on the amended motion to dismiss, filed September 17, 2007, is vacated; and

    2. The motion is submitted on the record.

DATED: 10/19/07

    /s/ Gregory G. Hollows

    _____
    GREGORY G. HOLLOWS
    U. S. MAGISTRATE JUDGE

GGH:076:Tiesing1281.vac.wpd

1