IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

    Plaintiff,                                  CIV. NO. S-07-1281 LKK GGH PS

    vs.

WAL-MART STORES, INC.,

    Defendant.                                 ORDER

_____/

        On October 19, 2007, this court issued an order vacating the October 25, 2007 hearing on defendant's motion to dismiss, and submitting the motion on the record. On October 23, 2007, defendant filed a notice requesting that the court defer ruling on that motion until December 6, 2007. Defendant has now requested, via telephone, that the court defer ruling on the motion until a later date, as settlement negotiations are still ongoing.

        Accordingly, IT IS ORDERED that the court will defer ruling on defendant's motion to dismiss, filed September 17, 2007, until January 7, 2008.

DATED: 11/21/07                                      /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        U. S. MAGISTRATE JUDGE

GGH:076:Tiesing1281.dfr.wpd