IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

    Plaintiff,                                            CIV. NO. S-07-1281 LKK GGH PS

    vs.

WAL-MART STORES, INC.,

    Defendant.                                          ORDER

_____/

        On October 19, 2007, this court issued an order vacating the October 25, 2007 hearing on defendant's motion to dismiss, and submitting the motion on the record. On December 20, 2007, defendant filed a notice requesting that the court defer ruling on that motion until January 31, 2008, as settlement negotiations are still ongoing. Defendant's request has been granted; however, no further extensions will be permitted.[1]

        Accordingly, IT IS ORDERED that the court will defer ruling on defendant's motion to dismiss, filed September 17, 2007, until January 31, 2008. No further requests for extensions will be granted.

DATED: 01/08/08                                          /s/ Gregory G. Hollows

                                                              GREGORY G. HOLLOWS
                                                              U. S. MAGISTRATE JUDGE

GGH:076:Tiesing1281.eot.wpd

---

[1] Although defendant also requests continuance of a hearing date, the motion has already been submitted on the record as the court previously found that a hearing was unnecessary.

1